IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Qadri, Zunnoon A

Printed: 03/10/09

Case Number: 06 B 00890
Judge: Goldgar, A. Benjamin
Filed: 2/2/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed - No Disch: March 9, 2009
Confirmed: June 6, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 12,500.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 11,578.20 |
| Priority: |  | 0.00 |
| Administrative: |  | 189.00 |
| Trustee Fee: |  | 732.80 |
| Other Funds: |  | 0.00 |
| Totals: | 12,500.00 | 12,500.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 189.00 | 189.00 |
| 2. | ECast Settlement Corp | Unsecured | 1,677.21 | 2,212.56 |
| 3. | ECast Settlement Corp | Unsecured | 707.33 | 933.12 |
| 4. | Resurgent Capital Services | Unsecured | 817.00 | 1,077.83 |
| 5. | Resurgent Capital Services | Unsecured | 2,004.26 | 2,643.92 |
| 6. | ECast Settlement Corp | Unsecured | 155.60 | 205.26 |
| 7. | Discover Financial Services | Unsecured | 1,152.37 | 1,520.17 |
| 8. | ECast Settlement Corp | Unsecured | 869.52 | 1,147.06 |
| 9. | American Express | Unsecured | 112.35 | 148.26 |
| 10. | ECast Settlement Corp | Unsecured | 802.48 | 1,058.57 |
| 11. | American Express | Unsecured | 478.64 | 631.45 |
| 12. | Citi Cards | Unsecured |  | No Claim Filed |
| 13. | GEMB | Unsecured |  | No Claim Filed |
|  |  |  | $ 8,965.76 | $ 11,767.20 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 86.89 |
| 4.8% | 72.28 |
| 5.4% | 161.72 |
| 6.5% | 96.75 |
| 6.6% | 315.16 |
|  | $ 732.80 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Qadri, Zunnoon A | Case Number:  06 B 00890 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 03/10/09 | Filed:  2/2/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach*